UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | NO. EP-14-CR-00210-DB |
| v. | § | |
| | § | |
| CHRISTOPHER PETER SWAN, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO REVOKE SUPERVISED RELEASE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves the Court to revoke the supervised release of **CHRISTOPHER PETER SWAN**, in the above entitled and numbered cause. In support of this motion the United States of America alleges violations of Supervised Release as set forth in U.S. Probation Form 12C, Petition for Warrant or Summons for Offender Under Supervision, filed in the above-entitled and numbered cause.

WHEREFORE, premises considered, the United States respectfully prays that Defendant's supervised release be revoked.

    Respectfully submitted,

    JUSTIN R. SIMMONS
    UNITED STATES ATTORNEY

By: _/s/ J. Chris Skillern_
    J. CHRIS SKILLERN
    Assistant U.S. Attorney
    Texas Bar #24037506
    700 E. San Antonio, Suite 200
    El Paso, Texas 79901
    (915) 534-6884